# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1370
Lower Tribunal No. 20-199-M
_____

**Karen Newfield, et al.,**
Appellants,

vs.

**Pamela Bauer, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

The Smith Law Firm and Wayne LaRue Smith and Brett Tyler Smith and Ashley N. Sybesma, for appellants.

Levine Kellogg Lehman Schneider + Grossman LLP and Jason Kellogg, for appellees.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.